## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BEVERLY J. FORTEAU-MCKAIG, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:19-cv-02700 |
| | ) | |
| OXFORD MANAGEMENT GROUP, LLC | ) | |
| *Defendant*. | ) | |
| _____ | ) | |

### PARTIES' JOINT STATUS REPORT REGARDING ORDER TO SHOW CAUSE

The parties, by and through their counsel of record, and pursuant to this Court's February 7, 2020, Order (Doc. 7), jointly submit this Status Report regarding their efforts to resolve this matter without further litigation and their agreement to extend Defendant's Answer date to April 24, 2020.

1. The parties were preparing for a face-to-face on-site mediation to be held in Kansas City, Missouri on March 31, 2020, when Kansas City metropolitan area governmental units issued various stay-at-home order related to community transmission concerns of the pandemic COVID-19 spread. Shortly thereafter, Wichita, Kansas, governmental units issued similar orders as did the State of Kansas.

2. The parties worked with their selected mediator and agreed to engage in mediation via Zoom teleconferencing on March 31, 2020, so that no one had to travel and potentially violate governmental directives or safety concerns.

3. On March 30, 2020. Chris Dennis, Defendant's President and the individual

designated with settlement authority, notified his counsel of a COVID-19 outbreak at Defendant's facility in McKinney, Texas, and that he was leaving town to address the emergency.  Defendant's business is engaged in the multi-state ownership and management of health care facilities, including independent living, assisted living, and memory care.  Two employees, an employee's baby, and three residents in McKinney contracted COVID-19.  Defendant's counsel immediately notified Plaintiff's counsel and the mediator.

4. Defense counsel sought a continuation of the parties' private tolling agreement which Plaintiff declined.  However, Plaintiff's counsel agreed to extend Defendant's Answer deadline to April 24, 2020, beyond the April 1, 2020 deadline contemplated in the parties' tolling agreement.

5. Defendant's counsel entered her appearance in this matter on April 1, 2020.

6. Mr. Dennis remains in McKinney, Texas, and believes he will not return to Kansas until the week of April 20, 2020.  Roughly 25% of Defendant's McKinney staff has resigned due to COVID-19 fears, and one of the residents has since died.

7. Defendant's counsel informed Plaintiff's counsel that Mr. Dennis would need to continue in Texas and devote his time to disaster management as indicated above. Two of Defendant's other senior officers have now also traveled to McKinney to address the COVID-19 issues.

8. The parties agree that Defendant shall file its Answer in this matter no later

than April 24, 2020.

WHEREFORE, based on the above, the parties jointly request the Court enter an Order continuing its stay order until April 25, 2020, and directing Defendant to file its Answer no later than April 24, 2020.

Respectfully submitted,

/s/Kari S. Schmidt
Kari S. Schmidt, #11524
Conlee Schmidt & Emerson, LLP
200 W. Douglas, Suite 300
Wichita, Kansas 67202
PH: 316.264.3300
FAX: 316.264.3423
Email: karis@fcse.net
Attorneys for Oxford Management Group, LLC

Holman Schiavone, LLC

By: /s/ Kathleen E. Mannion
Anne Schiavone, #19669
Kathleen E. Mannion, #25362
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
PH: 816.283.8738
FAX: 816.283.8739
Email: aschiavone@hslawllc.com
        kmannion@hslawllc.com
Attorneys for Beverly J. Forteau-McKaig

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Parties' Joint Status Report was filed and served electronically pursuant to the CM/ECF system on April 7, 2020, on all counsel of record.

S/Kari S. Schmidt