### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BEVERLY J. FORTEAU-MCKAIG,         ) <br>     *Plaintiff*,                                          ) <br>                                                            ) <br> v.                                                            ) <br>                                                            ) <br> OXFORD MANAGEMENT GROUP, LLC   ) <br>     *Defendant*.                                      ) <br> _____) | Case No.: 2:19-cv-02700 |

### **JOINT DESIGNATION OF MEDIATOR**

The parties have selected Joe Eischens to serve as mediator in this matter. The mediation will begin at 9:30 a.m. on October 28, 2020, and will take place at Holman Schiavone, LLC, 4600 Madison Avenue, Suite 810, Kansas City, Missouri 64112.

Respectfully submitted,

HOLMAN SCHIAVONE, LLC

By: /s/ Kathleen E. Mannion
Anne W. Schiavone, KS Bar #19669
Kathleen E. Mannion, KS Bar #25362
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone (816) 283-8738
Facsimile (816) 283-8739
aschiavone@hslawllc.com
kmannion@hslawllc.com

ATTORNEYS FOR PLAINTIFF

and

CONLEE SCHMIDT & EMERSON, LLP

/s/ Kari S. Schmidt
Kari S. Schmidt, #11524
Conlee Schmidt & Emerson, LLP
200 W. Douglas, Suite 300
Wichita, Kansas 67202
PH: 316.264.3300
FAX: 316.264.3423
Email: karis@fcse.net

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Joint Designation of Mediator was filed on August 31, 2020, and served electronically pursuant to the CM/ECF system to all counsel of record.

/s/ Kathleen E. Mannion
ATTORNEY FOR PLAINTIFF