# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BEVERLY J. FORTEAU-MCKAIG,  )<br> *Plaintiff*,  )<br> )<br>v.  )<br> )<br>OXFORD MANAGEMENT GROUP, LLC  )<br> *Defendant*.  )<br>_____) | Case No.: 2:19-cv-02700 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Beverly J. Forteau-McKaig, and Defendant, Oxford Management Group, LLC, by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby jointly stipulate to the dismissal of the above-referenced lawsuit, with prejudice, with each party to bear her/its own attorneys' fees and costs.

Respectfully Submitted,                                   Dated: June 18, 2021

| | |
|---|---|
| By: */s/ Kathleen E. Mannion*_____<br>Anne Schiavone, KS #19669<br>Kathleen E. Mannion, KS #25362<br>HOLMAN SCHIAVONE, LLC<br>4600 Madison Ave., Suite 810<br>Kansas City, MO  64112<br>816.283.8738<br>816.283.8739 (Facsimile)<br>aschiavone@hslawllc.com<br>kmannion@hslawllc.com<br>*Attorneys for Plaintiff* | By: */s/ Kari S. Schmidt*_____<br>Kari S. Schmidt, KS #11524<br>Conlee Schmidt & Emerson, LLP<br>200 W. Douglas, Suite 300<br>Wichita, Kansas 67202<br>PH: 316.264.3300<br>FAX: 316.264.3423<br>Email: karis@fcse.net<br>*Attorneys for Defendant* |